June 21, 2016

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY
155 N Main St., Edwardsville, IL  62025
(618) 296-4464
madisoncountycircuitclerkIL.com

CASE No. 2016 L 000866

DATE June 21, 2016

GEORGIA GURLEY

               PLAINTIFF

VS.

CKE RESTAURANT HOLDINGS INC

               DEFENDANT

DEFENDANT:  CKE RESTAURANT HOLDINGS INC

    You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison County Circuit Clerk, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

    This summons may not be served later than 30 days after its date.

    Witness: MARK VON NIDA the Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this June 21, 2016.

(SEAL)

MARK VON NIDA
CLERK OF THE CIRCUIT COURT

BY: _____
     Deputy Clerk

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)
GREG ROOSEVELT
610 ST LOUIS ST
EDWARDSVILLE, IL 62025

Date of Service: ___July 8___, 20_16_.
(To be inserted by officer on the copy left with the defendant or other person)

**The Madison County Court makes every effort to comply with accessibility laws and provides reasonable accommodations to persons with disabilities. Hearing, visual and other assistance may be arranged by contacting our Court Disability Coordinator, Teri Picchioldi at 618-296-4884.**


EXHIBIT A

CASE No. 2016 L 000866

STATE OF ILLINOIS }
MADISON COUNTY } ss.

I, _____, Sheriff of said county, have duly served the within summons on the defendant _____ by leaving a copy thereof with said defendant personally, on the _____ day of _____, 20____.

I have duly served the said summons on the defendant, _____ on the _____ day of _____, 20____, by leaving a copy of said summons on said date at his/her usual place of abode with _____, a person of the family of said _____ of the age of 13 years or upwards and by informing such persons with whom said summons was left of the contents thereof and by also sending a copy of said summons on the _____ day of _____, 20____, in a sealed envelope, with postage fully prepaid, addressed to said defendant _____, at his/her usual place of abode, as stated hereinabove in my return.

Dated this _____ day of _____, 20____.

_____                                                            Sheriff

Sheriff's Fees

Service..............$_____

Making Copies..........$_____

Miles Traveled..$_____

Cost of mailing copies $_____

Return..................$_____

Total...................$_____

GEORGIA GURLEY

PLAINTIFF

VS.

CKE RESTAURANT HOLDINGS INC

DEFENDANT

2 of 2

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS



GEORGIA GURLEY,

    Plaintiff,

vs.

CKE RESTAURANT HOLDINGS, INC.

    Defendant.

Case No.: 16-L- 866

Plaintiff Requests Trial by Jury

## COMPLAINT

The Plaintiff, GEORGIA GURLEY, by and through her attorney, Greg Roosevelt, for her complaint against CKE Restaurant Holdings, Inc. states as follows:

1. The Plaintiff, Georgia Gurley, is a resident of rural Worden, Madison County, Illinois.

2. CKE Restaurant Holdings, Inc. is a corporation operating a retail store, Hardee's, in Staunton, Macoupin County, Illinois. CKE Restaurant Holdings, Inc. also operates several restaurants in Madison County, Illinois. The Defendant is doing business through its usual and customary business as a retailer in Madison County at multiple store sites.

3. On April 8, 2016 at or about the hour of 11:00 a.m. Georgia Gurley was a guest at the Defendant's store in Staunton, Illinois. The Plaintiff was a passenger in a vehicle driven by her husband, Jerry Gurley. Mr. Gurley is handicapped and parked in a designated handicapped parking space at the Hardee's store. The Plaintiff exited the vehicle and entered a walk at the designated disabled parking area.

4.  The Defendant owed a duty to maintain a safe means of egress for its elderly customers who used that parking spot. The Defendant negligently failed to keep the handicapped parking area free of debris allowing several decorative river rocks to be on the walkway. Defendant used the rock in landscaping next to the sidewalk without either property barriers to prevent the rock from being moved to the walking surface and failed to keep the rock out of the walkway or warn customers that the rocks were present.

5.  As a direct and proximate result of Defendant's negligence, the Plaintiff slipped and fell resulting in significant injuries to her body including multiple broken ribs, fracture of her pelvis, soreness, strains, and injuries about her body causing prolonged pain and disability requiring the use of a walker, significant medical expenses, and the loss of enjoyment of life with damages exceeding $50,000.

WHEREFORE, the Plaintiff, Georgia Gurley seeks judgment against the Defendant, CKE Restaurant Holdings, Inc. in excess of $50,000.

Respectfully submitted,

Greg Roosevelt, #02375427
Roosevelt Law Office
610 St. Louis Street
Edwardsville, IL 62025
618-656-9160 / 618-692-9718 Fax
gregroosevelt@gmail.com



IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

GEORGIA GURLEY,

    Plaintiff,

vs.

CKE RESTAURANT HOLDINGS, INC.

    Defendant.

Case No.: 16-L- 866

Plaintiff Requests Trial by Jury

## AFFIDAVIT OF GEORGIA GURLEY

The Affiant, GEORGIA GURLEY, under oath does affirm to the best of her information and belief that her damages in this matter exceed $50,000.

_Georgia Gurley_
GEORGIA GURLEY

Subscribed and sworn to before me this 13th day of June, 2016.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
DANA K DENNISON
NOTARY PUBLIC-STATE OF ILLINOIS
MY COMMISSION EXPIRES AUG 25, 2018

1 of 1

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS



JUN 21 2016

CLERK OF CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

GEORGIA GURLEY,

    Plaintiff,

vs.

CKE RESTAURANT HOLDINGS, INC.

    Defendant.

Case No.: 16-L- 866

Plaintiff Requests Trial by Jury

### ENTRY OF APPEARANCE

Attorney, Greg Roosevelt enters his appearance on behalf of the Plaintiff, GEORGIA GURLEY, in this matter.

Respectfully submitted,

Greg Roosevelt, #02375427
Roosevelt Law Office
610 St. Louis Street
Edwardsville, IL 62025
618-656-9160 / 618-692-9718 Fax
gregroosevelt@gmail.com

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

FILED JUL 2 0 2016
CLERK OF CIRCUIT COURT #83
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| GEORGIA GURLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 16-L-866 |
| ) | |
| NORTH STAR FOODS, L.L.C. ) | |
| ) | |
| Defendant. ) | |

## AMENDED COMPLAINT

The Plaintiff, GEORGIA GURLEY, by and through her attorney, Greg Roosevelt, for her complaint against North Star Foods, L.L.C., states as follows:

1. The Plaintiff, Georgia Gurley, is a resident of rural Worden, Madison County, Illinois.

2. North Star Foods, L.L.C., is a corporation operating a retail store, Hardee's, in Staunton, Macoupin County, Illinois. North Star Foods, L.L.C., also operates several restaurants in Madison County, Illinois. The Defendant is doing business through its usual and customary business as a retailer in Madison County.

3. On April 8, 2016 at or about the hour of 11:00 a.m. Georgia Gurley was a guest at the Defendant's store in Staunton, Illinois. The Plaintiff was a passenger in a vehicle driven by her husband, Jerry Gurley. Mr. Gurley is handicapped and parked in a designated handicapped parking space at the Hardee's store. The Plaintiff exited the vehicle and entered a walk at the designated disabled parking area.

4. The Defendant owed a duty to maintain a safe means of egress for its elderly customers who used that parking spot. The Defendant negligently failed to keep the handicapped parking area free of debris allowing several decorative river rocks to be on the walkway. Defendant used the rock in landscaping next to the sidewalk without either property barriers to prevent the rock from being moved to the walking surface and failed to keep the rock out of the walkway or warn customers that the rocks were present.

5. As a direct and proximate result of Defendant's negligence, the Plaintiff slipped and fell resulting in significant injuries to her body including multiple broken ribs, fracture of her pelvis, soreness, strains, and injuries about her body causing prolonged pain and disability requiring the use of a walker, significant medical expenses, and the loss of enjoyment of life with damages exceeding $50,000.

WHEREFORE, the Plaintiff, Georgia Gurley, seeks judgment against the Defendant, North Star Foods, L.L.C. in excess of $50,000.

Respectfully submitted,

Greg Roosevelt, #02375427
Roosevelt Law Office
610 St. Louis Street
Edwardsville, IL 62025
618-656-9160 / 618-692-9718 Fax
gregroosevelt@gmail.com



FILED
JUL 2 5 2016
CLERK OF CIRCUIT COURT #76
THIRD JUDICIAL CIRCUIT
MADISON COUNTY ILLINOIS

IN THE CIRCUIT COURT
OF THE TWENTIETH JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| GEORGIA GURLEY, ) | |
| Plaintiff, ) | |
| ) | Case No. 16-L-866 |
| v. ) | |
| ) | TRIAL BY JURY OF TWELVE |
| NORTH STAR FOODS, L.L.C., ) | DEMANDED |
| Defendant. ) | |

### DEMAND FOR TRIAL BY JURY OF TWELVE

COMES NOW the Defendant, NORTH STAR FOODS, L.L.C., by and through its undersigned counsel, and hereby demands trial by jury of twelve.

Dated: July 21, 2016

ATTORNEYS FOR DEFENDANT NORTH STAR FOODS, L.L.C.

By: HINSHAW & CULBERTSON LLP

_/s/ Kyle Oehmke_

Kyle Christopher Oehmke #06300461
Hinshaw & Culbertson LLP
521 West Main Street
Suite 300
P.O. Box 509
Belleville, IL 62222-0509
Email: koehmke@hinshawlaw.com

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that he has caused a true and correct copy of the foregoing document(s) to be served upon:

Greg Roosevelt
Roosevelt Law Office
610 St. Louis Street
Edwardsville, IL  62025
Phone:  618-656-9160
Attorney for Plaintiff

by causing same to be placed in a sealed envelope(s), clearly addressed as aforesaid, with proper postage fully prepaid, and by depositing same in the United States Mail at Belleville, Illinois on the 21st day of July, 2016 at 5:00 p.m.

_____
Kyle Christopher Oehmke

Page 2 of 2
Cause No. 16-L-866

**TRIAL BY JURY OF TWELVE DEMANDED**

10999625v1 0989043

FILED
JUL 2 5 2016
CLERK OF CIRCUIT COURT #76
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| GEORGIA GURLEY, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 16-L-866 |
| NORTH STAR FOODS, L.L.C., | ) TRIAL BY JURY OF TWELVE DEMANDED |
|     Defendant. | ) |

### ENTRY OF APPEARANCE

NOW COMES HINSHAW & CULBERTSON LLP, by and through the undersigned counsel, KYLE CHRISTOPHER OEHMKE, and hereby enters its appearance on behalf of Defendant, NORTH STAR FOODS, L.L.C., in the above-captioned matter.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

_____
Kyle Christopher Oehmke #06300461
521 West Main Street
Suite 300
P.O. Box 509
Belleville, IL 62222-0509
T: 618-277-2400
F: 618-277-1144
Attorneys for Defendant NORTH STAR FOODS, L.L.C.

Case No. 16-L-866
Page 1 of 2

10999623v1 0989043

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that he has caused a true and correct copy of the foregoing document to be served upon:

Greg Roosevelt
Roosevelt Law Office
610 St. Louis Street
Edwardsville, IL  62025
Phone: 618-656-9160
*Attorney for Plaintiff*

by causing same to be placed in a sealed envelope(s) clearly addressed as aforesaid, with proper postage prepaid, and by depositing same in the United States Mail on this 21st day of July 2016.

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS



| | |
|---|---|
| GEORGIA GURLEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 16-L-866 |
| NORTH STAR FOODS, L.L.C., | ) |
| Defendant. | ) |

### ORDER

IT IS HEREBY ORDERED that Plaintiff Georgia Gurley's claims against CKE Restaurant Holdings, Inc. are hereby dismissed without prejudice. Plaintiff's claims against North Star Foods, L.L.C. remain pending before the Court.

Dated: 7/29/16

_____
**HONORABLE JUDGE PRESIDING**