IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GEORGIA GURLEY, )
       Plaintiff, )
        ) Case No. 16-CV-928-SMY-RJD
v. )
        )
NORTH STAR FOODS, L.L.C., )
        )
       Defendant. )

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed, by and between Plaintiff, GEORGIA GURLEY, and Defendant, NORTH STAR FOODS, L.L.C., and through their undersigned attorneys, that said Defendant, shall be dismissed with prejudice and with prejudice to the claims, demands and choses in action sued upon therein, each party bearing their own costs.

BY _____
Greg Roosevelt, #02375427
Roosevelt Law Office
610 St. Louis Street
Edwardsville, IL 62025
Phone: 618-656-9160
*Attorney for Plaintiff*

BY _____
Kyle Christopher Oehmke, #06300461
Hinshaw & Culbertson LLP
521 West Main Street, Suite 300
Belleville, IL 62220
Phone: 618-277-2400
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document, **Stipulation for Dismissal**, was electronically filed and served electronically via the Court's electronic filing system on all parties receiving electronic notice, on this 20th day of December, 2017.

Greg Roosevelt
Roosevelt Law Office
610 St. Louis Street
Edwardsville, IL 62025
Phone: 618-656-9160
Fax: 618-692-9718
gregroosevelt@gmail.com
*Attorney for Plaintiff*

/s/ Kyle Christopher Oehmke